Palma Real, July 6th, 2015

## CERTIFICATE OF TRUSTWORTHINESS AND CREDIBILITY

I, **MIGUEL HUMBERTO PEREA ESTACIO**, with ID N° 1000898591, Ecuadorean citizen and resident of the Ancón Palma Real Parrish, by verbal request of the interested party,

**CERTIFY:**

That I know Mr. **SIDNEY ENRIQUE ANAY CASTILLO**, with ID N° 0802116475, who has distinguished himself as a very respectful, honest, and hard working person, thus having earned the respect, esteem and appreciation of those of us who know him.

This is all that I can state in honor of the truth and I hereby authorize the interested party to make use of this document in whichever manner he considers convenient.

Sincerely,

(signed)
**MIGUEL HUMBERTO PEREA ESTACIO, Esq.**

ID 1000898551

TEL. 063045895

*I, Ricardo Arenas, Federally Certified Court Interpreter, hereby certify that this is a faithful and true translation, from Spanish to English, to the best of my knowledge and ability.*

A copy of the foregoing certification has been signed by the following individuals:

DAVID MORALES PEREA, Eng.
MERQUICED ARISMENDIS BONES
WASHINGTON SILBERIO CABEZAS PEÑA
NELSON ALFREDO PEREA GODOY
SEGUNDO SEFERINO BANGUERA ORTIZ
LUZ DILIA ESPINOZA PERLAZA
MARTHA YICELA BANGUERA CAICEDO
LUZ CELESTE QUIÑONES PERLAZA
ROCIO GABRIELA RODRIGUEZ BUSTO
JHON YADIR REQUENE HURTADO
SARA CHARCOPA CASTAÑEDA
NARDA NOEMI JAEN CHARCOPA
ISAURA ISABEL MEDINA CHARCOPA
NOBER BRANDA PINILLO
MARI NATIVIDAD BANGUERA CAICEDO
NORMAN NAY RODRIGUEZ MOJARANGO
JENNY ELEONORA QUIÑONEZ MEJIA
JULIO EFREN QUIÑONEZ MEJIA
ANDRES HUMBERTO PEREA GODOY
KELLY ROCIO HERNANDEZ FRANCO
DOLLY DEL CARMEN PEREA PALACIOS
ELDA MANOLY PEREA PALACIO
MARIA VIVIANA MACIAS CRIOLLO
WALTER JOSE GRUEZO QUIÑONEZ
IGNACIA CONSUELO BUSTO PALACIOS
MYRIA MIRIAN SANCHEZ CHILA
ELISA DEL ROCIO AYOVI SANCHEZ
GUILLERMO ANDRES QUIÑONEZ MEJIA
TANIA GABRIELA GRUEZO QUIÑONEZ
DIXON CARDENAS ORTIZ
JAIRA ROCIO NAZARENO VALENCIA
JEFFERSON FERNANDO ESTACIO RODRIGUEZ
ANNIE GISELLA NAZARENO VALENCIA
MARLENI MARICEL ANAY ESCOBAR

*I, Ricardo Arenas, Federally Certified Court Interpreter, hereby certify that this is a faithful and true translation, from Spanish to English, to the best of my knowledge and ability.*

(logo)

CERTIFICATE OF TRUSTWORTHINESS AND CREDIBILITY

Upon request by the interested party

I hereby certify that Mr. SIDNEY ENRIQUE ANAY CASTILLO, of Ecuadorean nationality, of legal age, with ID N° 0802116475, is an honest, diligent and hard working person, capable of carrying out any activity which is entrusted to him.

Due to all these talents of appreciation and esteem, he has earned and is deserving of the respect of all those of us who have had the pleasure of knowing him.

Therefore, Mr. SIDNEY ENRIQUE ANAY CASTILLO may make use of this document whenever he deems necessary.

This is all that I can state in honor of the truth.

Sincerely,

(signed)
Fernando Granados C., Esq.
Prof. Reg. 10514 CAB
08-2000-17 FAC

(stamp)

*I, Ricardo Arenas, Federally Certified Court Interpreter, hereby certify that this is a faithful and true translation, from Spanish to English, to the best of my knowledge and ability.*