Palma Real 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **MIGUEL HUMBERTO PEREA ESTACIO** con cedula de identidad N.1000898591, ciudadano ecuatoriano y habitante de la Parroquia Ancón Palma Real. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

LIC. MIGUEL HUMBERTO PEREA ESTACIO

C.I   1000898551

TELEF.063045895

Palma Real 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **DAVID MORALES PEREA** con cedula de identidad  N.0802544098, ciudadano ecuatoriano y habitante de la Parroquia Ancón Palma Real. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta  y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

**INGN.DAVID MORALES PEREA**

**C.I   0802544098**

**TELEF.063045893**

# CERTIFICADO DE HONORABILIDAD

A petición de parte interesada

Por medio del presente me permito certificar que el señor *SIDNEY ENRIQUE ANAY CASTILLO*, de nacionalidad ecuatoriana, mayor de edad, portador de la cédula de ciudadanía No 0802116475, es una persona honesta, diligente, trabajadora, capaz de realizar cualquier actividad a él encomendada.

Por todas estas dotes de consideración y estima, se ha hecho acreedor y merecedor del respeto de todos quienes hemos tenido la satisfacción de conocerlo.

Por lo tanto el señor *SIDNEY ENRIQUE ANAY CASTILLO*, puede hacer uso de este documento cuando crea necesario.

Es todo lo puedo expresar en honor a la verdad.

*Atentamente*

Ab. Fernando Granados C. Esp
Reg. Prov. 10514 C.A.Ø
08-2000-17 JTSG

*Fernando Granados C.*
ABOGADO
REG. 10514 C.A.G
AV. 74TH 11 SAN LORENZO



Palma Real 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **MERQUICEDED ARISMENDIS BONES** con cedula de identidad N.0800851446, ciudadano ecuatoriano y habitante de la Parroquia Ancón Palma Real. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

Sr. MERQUICEDED ARISMENDIS BONES

C.I   0800851446

TELEF.063045894

Palma Real 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **WASHINGTON SILBERIO CABEZAS PEÑA** con cedula de identidad N.0800955148, ciudadano ecuatoriano y habitante de la Parroquia Ancón Palma Real. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

LIC. WASHINGTON SILBERIO CABEZAS PEÑA

C.I   0800955148

TELEF.063045946

Palma Real 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **NELSON ALFREDO PEREA GODOY** con cedula de identidad N.0802140087, ciudadano ecuatoriano y habitante de la Parroquia Ancón Palma Real. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

*Nelson Perea Godoy*

**INGN.NELSON ALFREDO PEREA GODOY**

**C.I   0802140087**

**TELEF.0988218578**

San Lorenzo 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **SEGUNDO SEFERINO BANGUERA ORTIZ** con cedula de identidad N.0800435430, ciudadano ecuatoriano y habitante del Cantón San Lorenzo. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conviene.

Atentamente.

**Sr. SEGUNDO SEFERINO BANGUERA ORTIZ**

**C.I   0800435430**

**TELEF.062781910**

San Lorenzo 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **LUZ DILIA ESPINOZA PERLAZA** con cedula de identidad N.0803931054, ciudadano ecuatoriano y habitante de la Parroquia Ancón Palma Real. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

*Dilia Espinoza*

**Sra. LUZ DILIA ESPINOZA PERLAZA**

**C.I 0803931054**

**TELEF.0969149391**

San Lorenzo 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **MARTHA YICELA BANGUERA CAICEDO** con cedula de identidad N.1002734083, ciudadano ecuatoriano y habitante del Cantón San Lorenzo. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

**Sra. MARTHA YICELA BANGUERA CAICEDO**

**C.I   1002734083**

**TELEF.0986170476**

San Lorenzo 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **LUZ CELESTE QUIÑONES PERLAZA** con cedula de identidad N.0802222042, ciudadano ecuatoriano y habitante del Cantón San Lorenzo. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

*Luz Celeste Quiñones Perlaza*

Sra. LUZ CELESTE QUIÑONES PERLAZA

C.I 0802222042

TELEF.0994797046

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, ROCIO GABRIELA RODRIGUEZ BUSTO con cédula de identidad N. 0927939538, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.
A petición verbal del interesado,

### CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa , honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

Rocío GRodriguez

ECON. ROCIO GABRIELA RODRIGUEZ BUSTO
C.I 0927939538
TELF. 0994506880

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **JHON YADIR REQUENE HURTADO** con cédula de identidad N. 0803120893, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

SR. JHON YADIR REQUENE HURTADO
C.I 0803120893
TELF. 0967336830

Esmeraldas, 30 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo **SARA CHARCOPA CASTAÑEDA** con cedula de identidad Nº0800678575, ciudadana ecuatoriana y habitante del Cantón Esmeraldas.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. **SIDNEY ENRIQUE ANAY CASTILLO** con cedula de identidad Nº 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente:

Sra. SARA CHARCOPA CASTAÑEDA
C.I. 0800678575
TEL. 062712164

Esmeraldas, 30 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo **NARDA NOEMI JAEN CHARCOPA** con cedula de identidad Nº0801874702, ciudadana ecuatoriana y habitante del Cantón Esmeraldas.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. **SIDNEY ENRIQUE ANAY CASTILLO** con cedula de identidad Nº 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente:

Lcda. NARDA NOEMI JAEN CHARCOPA
C.I. 0801874702
CEL. 0980703747

Esmeraldas, 30 de Junio del 2015

# CERTIFICADO DE HONORABILIDAD

Yo **ISAURA ISABEL MEDINA CHARCOPA** con cedula de identidad Nº0803025931, ciudadana ecuatoriana y habitante del Cantón Esmeraldas.

A petición verbal del interesado,

# CERTIFICO:

Que conozco al Sr. **SIDNEY ENRIQUE ANAY CASTILLO** con cedula de identidad Nº 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente:

Tcnlga. ISAURA ISABEL MEDINA CHARCOPA
C.I. 0803025931
CEL. 0969331268

San Lorenzo 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo.**NOBER BRANDA PINILLO** con cedula de identidad    N.0800914863, ciudadano ecuatoriano y habitante del Cantón San Lorenzo. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta  y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

Sr. NOBER BRANDA PINILLO

C.I    0800914863

**TELEF.0981700094**

San Lorenzo 6 de julio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo. **MARI NATIVIDAD BANGUERA CAICEDO** con cedula de identidad N.0802844456, ciudadano ecuatoriano y habitante del Cantón San Lorenzo. A petición verbal del interesado,

**CERTIFICO:**

Que conozco al Sr. **SÍDNEY ENRRIQUE ANAY CASTILLO** con cedula de identidad N.0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto ,aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

Sra. MARI NATIVIDAD BANGUERA CAICEDO

C.I    0802844456

TELEF.0980277173

Esmeraldas, 30 de Junio del 2015

# CERTIFICADO DE HONORABILIDAD

Yo **NORMAN NAY RODRIGUEZ MOJARANGO** con cedula de identidad Nº0802208702, ciudadano ecuatoriano y habitante del Cantón Esmeraldas.

A petición verbal del interesado,

# CERTIFICO:

Que conozco al Sr. **SIDNEY ENRIQUE ANAY CASTILLO** con cedula de identidad Nº 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente:

Sr. NORMAN NAY RODRIGUEZ MOJARANGO
C.I. 0802208702
CEL. 0993527393

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, JENNY ELEONORA QUIÑONEZ MEJIA con cédula de identidad N. 0800911141, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado.

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

SRA. JENNY ELEONORA QUIÑONEZ MEJIA.
C.I   0800911141
TELF. 0939685699

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **JULIO EFREN QUIÑONEZ MEJIA** con cédula de identidad N. 0801491812, ciudadano ecuatoriano y habitante del Cantón San Lorenzo. A petición verbal del interesado,

### CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa , honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

SR. JULIO EFRÉN QUIÑONEZ MEJIA
C.I 0801491812
TELF. 0969157201

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **ANDRES HUMBERTO PEREA GODOY** con cédula de identidad N. 0802140079, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa , honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

SR. ANDRES HUMBERTO PEREA GODOY
C.1 0802140079
TELF. 0993030843

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **KELLY ROCIO HERNANDEZ FRANCO** con cédula de identidad N. 0802763292, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

TNLGA. KELLY ROCIO HERNANDEZ FRANCO
C.I 0802763292
TELF. 0968456333

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **DOLLY DEL CARMEN PEREA PALACIOS** con cédula de identidad  N. 0802127506, ciudadano ecuatoriano y habitante del Cantón San Lorenzo. A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa , honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

LCDA. DOLLY DEL CARMEN PEREA PALACIOS.

C.I  0802127506

TELF. 099 7515709

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **ELDA MANOLY PEREA PALACIO** con cédula de identidad N. 0802125922, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

SRA. ELDA MANOLY PEREA PALACIO
C.I 0802125922
TELF. 0986263710

San Lorenzo, 29 de Junio del 2015

CERTIFICADO DE HONORABILIDAD

Yo, MARIA VIVIANA MACIAS CRIOLLO con cédula de identidad
N. 0803631795, ciudadano ecuatoriano y habitante del Cantón
San Lorenzo.
A petición verbal del interesado,

CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con
cédula de identidad N. 0802116475, el cual se ha caracterizado
por ser una persona muy respetuosa , honesta y
trabajadora, ganándose de esta manera el respeto , aprecio y
consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y
autorizo al interesado hacer uso de este documento como
estime conveniente .

Atentamente.

SRA. MARIA VIVIANA MACIAS CRIOLLO
C.I  0803631795
TELF. 0959872964

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **WALTER JOSE GRUEZO QUIÑONEZ** con cédula de identidad N. 1004348171, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.
A petición verbal del interesado,

### CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa , honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

**SR. WALTER JOSE GRUEZO QUIÑONEZ.**
**C.I 1004348171**
**TELF. 0981163672**

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **IGNACIA CONSUELO BUSTO PALACIOS** con cédula de identidad N. 0801492083, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.
A petición verbal del interesado,

### CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa , honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

SRA. IGNACIA CONSUELO BUSTO PALACIO.
C.I 0801492083
TELF. 0994003541

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **MIRYA MIRIAN SANCHEZ CHILA** con cédula de identidad N. 0800905473, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.
A petición verbal del interesado,

### CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa , honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

*Miryan Sánchez*

SRA. MIRYA MIRIAN SANCHEZ CHILA
C.I  0800905473
TELF. 2781608

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **ELISA DEL ROCIO AYOVI SANCHEZ** con cédula de identidad N. 0929356533, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.
A petición verbal del interesado,

### CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

*Elisa Ayovi Sánchez*

**SRA. ELISA DEL ROCIO AYOVI SANCHEZ**
**C.I 0929356533**
**TELF. 0989582475**

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **GUILLERMO ANDRES AYOVI SANCHEZ** con cédula de identidad N. 080303943281, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa , honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

SR. GUILLERMO ANDRES AYOVI SANCHEZ
C.I  0803943281
TELF. 062781608

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **TANIA GABRIELA GRUEZO QUIÑONEZ** con cédula de identidad N. 0802630830, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

TNLGA. TANIA GABRIELA GRUEZO QUIÑONEZ.
C.L. 0802630830
TELF. 0969265325

San Lorenzo, 29 de Junio del 2015

CERTIFICADO DE HONORABILIDAD

Yo, DIXON CARDENAS ORTIZ con cédula de identidad N. 0800319386, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

SR. DIXON CARDENAS ORTIZ
C.I 0800319386
TELF. 0979900095

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **JAIRA ROCIO NAZARENO VALOENCIA** con cédula de identidad  N. 0803221555, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa , honesta y trabajadora, ganándose de esta manera el respeto , aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente .

Atentamente.

*Jaira Nazareno*

SRTA. JAIRA ROCIO NAZARENO VALENCIA

C.I  0803221555

TELF. 0981485762

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **JEFFERSON FERNANDO ESTACIO RODRIGUEZ** con cédula de identidad N. 0802188102, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

### CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

Sr. JEFFERSON FERNANDO ESTACIO RODRIGUEZ.

C.I 0802188102

TELF. 098553202020

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, **ANNIE GISELLA NAZARENO VALENCIA** con cédula de identidad N. 0802967604, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.

A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

SRA. ANNIE GISELLA NAZARENO VALENCIA
C.I 0802967604
TELF. 0980434388

San Lorenzo, 29 de Junio del 2015

## CERTIFICADO DE HONORABILIDAD

Yo, MARLENI MARICEL ANAY ESCOBAR con cédula de identidad N. 0804078814, ciudadano ecuatoriano y habitante del Cantón San Lorenzo.
A petición verbal del interesado,

## CERTIFICO:

Que conozco al Sr. SIDNEY ENRIQUE ANAY CASTILLO con cédula de identidad N. 0802116475, el cual se ha caracterizado por ser una persona muy respetuosa, honesta y trabajadora, ganándose de esta manera el respeto, aprecio y consideración de quienes lo conocemos.

Eso es todo en cuanto puedo decir en honor a la verdad y autorizo al interesado hacer uso de este documento como estime conveniente.

Atentamente.

SRA. MARLENI MARICEL ANAY ESCOBAR.
C.I  0804078814
TELF. 099 726907